UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHARLES D. ZAMMERILLA,

      Plaintiff,

v.                                     Case No:  2:16-cv-642-FtM-99MRM

CIRCLE K STORES, INC,

      Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on review of the Case Management Report (Doc. #16), filed by the parties on September 9, 2016 wherein the Parties indicate they elect to proceed before a Magistrate Judge. The Parties are advised that to make their election official, all parties must execute the Notice, Consent, and Reference of a Civil Action to A Magistrate Judge form that exists on the website for the United States District Court for the Middle District of Florida. For the convenience of the Parties, the form can be found at http://www.flmd.uscourts.gov/forms/Civil/AO_085-0109-MagConsentForm.pdf. Once executed, this form must be electronically filed through CM/ECF.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The parties are directed to execute and file the Notice, Consent, and Reference of Civil Action to a Magistrate Judge if their intention is to still proceed in that manner.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of September, 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record